AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>TSOUCALAS, NICHOLAS | 2. Court or Organization<br><br>U.S. Court of Int'l Trade | 3. Date of Report<br><br>04/27/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |
| 7. Chambers or Office Address<br><br>One Federal Plaza, Suite 660<br>New York, NY 10278-0001 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| TSOUCALAS, NICHOLAS | 04/27/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2015 | New York State Pension | $23,561.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TSOUCALAS, NICHOLAS | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Devon Energy | A | Dividend | J | T | | | | | |
| 2.   AT&T | B | Dividend | J | T | | | | | |
| 3.   Verizon | A | Dividend | J | T | | | | | |
| 4.   Comcast | A | Dividend | J | T | | | | | |
| 5.   Daimler AG | B | Dividend | K | T | | | | | |
| 6.   IBM | A | Dividend | J | T | | | | | |
| 7.   Exelon Corp. | A | Dividend | J | T | | | | | |
| 8.   AT&T | C | Dividend | K | T | | | | | |
| 9.   Vodafone Group | A | Dividend | J | T | | | | | |
| 10.  CBS | A | Dividend | J | T | | | | | |
| 11.  Fresenius Nat'l Med. Care Holdings Inc. | A | Dividend | J | T | | | | | |
| 12.  HSBC (checking) | A | Interest | M | T | | | | | |
| 13.  HSBC (savings) | A | Interest | N | T | | | | | |
| 14.  Hartford GNM | | None | K | T | | | | | |
| 15.  Sun Life Ins. & Annuity | A | Distribution | K | T | | | | | |
| 16.  Sun Life Ins. & Annuity | B | Distribution | J | T | | | | | |
| 17.  Chevron Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TSOUCALAS, NICHOLAS | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Treasury Bill | | None | | | Redeemed | 06/30/14 | K | | |
| 19. Treasury Bill | | None | | | Redeemed | 06/30/14 | K | | |
| 20. Treasury Bill | | None | | | Redeemed | 06/30/14 | K | | |
| 21. Treasury Bill | | None | | | Redeemed | 06/30/14 | K | | |
| 22. Treasury Bill | | None | | | Redeemed | 06/30/14 | K | | |
| 23. Treasury Bill | | None | | | Redeemed | 06/30/14 | K | | |
| 24. Treasury Bill | | None | | | Redeemed | 06/30/14 | K | | |
| 25. Treasury Bill | | None | | | Redeemed | 06/30/14 | K | | |
| 26. U.S. Savings Bond, Series EE (5) | | None | | | Redeemed | 09/30/14 | K | | |
| 27. Viacom Inc. | A | Dividend | J | T | | | | | |
| 28. Sealed Air Corp. | A | Dividend | J | T | | | | | |
| 29. Vodafone Group PLC | A | Dividend | J | T | | | | | |
| 30. Sovereign Bank - CD | B | Interest | | | Redeemed | 06/15/14 | K | | |
| 31. Capital One Bank - CD | A | Interest | J | T | | | | | |
| 32. Astoria Federal Bank - CD | B | Interest | J | T | | | | | |
| 33. Alma Bank | B | Interest | L | T | | | | | |
| 34. Chase Bank - CD | | None | | | Redeemed | 06/30/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TSOUCALAS, NICHOLAS | 04/27/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chase Bank - CD | | None | | | Redeemed | 07/15/14 | K | | |
| 36. Frontier Communications | | None | | | Merged (with line 2) | 2/22/14 | J | | |
| 37. Merrill Lynch Ready Assets | | None | | | Redeemed | 09/30/14 | K | | |
| 38. AT & T | B | Dividend | J | T | | | | | |
| 39. A T & T | A | Dividend | J | T | | | | | |
| 40. Vodafone | A | Dividend | J | T | | | | | |
| 41. Vodafone | C | Dividend | J | T | | | | | |
| 42. Comcast | A | Dividend | J | T | | | | | |
| 43. AXA | A | Dividend | J | T | | | | | |
| 44. Century Link | A | Dividend | J | T | | | | | |
| 45. Century Link | A | Dividend | J | T | | | | | |
| 46. Santander Bank (CD) | A | Interest | J | T | | | | | |
| 47. Pershing LLC HSBC A/C | B | Dividend | J | T | Buy | 09/30/14 | J | | |
| 48. Delaware Life Insurance Annuity | A | Distribution | J | T | Buy | 02/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TSOUCALAS, NICHOLAS | 04/27/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Asset listed on lines 18-25: U.S. Treasury Bills: Transactions were redeemed on 6/30/14 and omitted from 2014 report. Please accept this as an amendment.

Asset listed on line 26: U.S. Savings Bond: Transaction was redeemed on 9/30/14 and omitted from 2014 report. Please accept this as an amendment.

Asset listed on line 30: Soverign Bank- CD: Transaction was redeemed on 6/15/14 and omitted from 2014 report. Please accept this as an amendment.

Asset listed on lines 34: Chase Bank CD: Transaction was redeemed on 6//30/14 and omitted from 2014 report. Please accept this as an amendment.

Asset listed on line 35: Chase Bank CD: Transaction was redeemed on 7/15/14 and omitted from 2014 report. Please accept this as an amendment.

Asset listed on line 36: Frontier Communications: This transaction was bought by Verizon and merged with asset line 2- Verizon on 2/22/14 and omitted from 2014 report. Please accept this as an amendment.

Asset listed on line 37: Merill Lynch Ready Assets: Transaction was redeemed on 9/30/14 and omitted from 2014 report. Please accept this as an amendment.

Asset listed on line 47: Pershing LLC HSBC A/C: Transaction was bought on 9/30/14 and omitted from 2014 report. Please accept this as an amendment.

Asset listed on line 48: Delaware Life Insurance Annuity: Transaction was redeemed on 2/1/14 and omitted from 2014 report. Please accept this as an amendment.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ NICHOLAS TSOUCALAS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544